IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 10

| | |
|---|---|
| MARY SMITH and WILLIAM R. SMITH, )<br>)<br>    Plaintiffs                        )<br>)<br>    V                                  )<br>)<br>C.B. FLEET COMPANY, INC. and )<br>C.B. FLEET HOLDING COMPANY, )<br>INCORPORATED,                  )<br>)<br>    Defendants                     ) | **ORDER** |

**THIS MATTER** is before the court on Samuel H. Poole, Jr. and Bradley P. Kline's application for Admission to Practice *Pro Hac Vice* of Christopher T. Byrd. It appearing that Christopher T. Byrd is a member in good standing with the Georgia Bar and will be appearing with Samuel H. Poole, Jr. and Bradley P. Kline, members in good standing with the Bar of this court, and that all admission fees have been paid. Upon review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Poole and Mr. Kline's motion complies with LCvR 83.1(E)(2)(b) in that it does not include the email address of the attorney seeking admission.

## ORDER

**IT IS, THEREFORE, ORDERED** that Samuel H. Poole, Jr. And Bradley P. Kline's Application for Admission to Practice *Pro Hac Vice* (#8) of Christopher T. Byrd is **GRANTED**, but that the email address of Christopher T. Byrd must be provided to this court within five (5) business days of the filing of this Order or Samuel H. Poole, Jr. and Bradley P. Kline will have to file a new motion for

admission to practice *Pro Hac Vice* and pay an additional filing fee seeking to have Christopher T. Byrd **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Samuel H. Poole, Jr. and Bradley P. Kline.

Signed: February 17, 2009

Dennis L. Howell
United States Magistrate Judge