# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 10

| | |
|---|---|
| MARY SMITH and WILLIAM R. SMITH, ) ) Plaintiffs ) ) Vs. ) ) C.B. FLEET COMPANY, INC. and C.B. ) FLEET HOLDING COMPANY, ) INCORPORATED, ) ) Defendants. ) _____ ) | ORDER |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a motion filed by Thomas P. Valet entitled "Application for Admission to Practice Pro Hac Vice" (#14). Upon a review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Valet's motion complies with Local Rule LCvR 83.1(D)(2) for the admission of Thomas P. Valet to practice before the court in this action.

## ORDER

WHEREFORE, IT IS **ORDERED** that the motion of Mr. Valet entitled "Application for Admission to Practice Pro Hac Vice" (#14) is hereby **DENIED** without prejudice.

Signed: March 5, 2009

Dennis L. Howell
United States Magistrate Judge